# ATTACHMENT 1

FILED/REC'D
2025 NOV 13 P 1:06
CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

# COMPLAINT FORM
(for non-prisoner filers without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE Western DISTRICT OF Wisconsin

(Full name of plaintiff(s))

Travis Prince

vs

(Full name of defendant(s))

Lakeland Overhead Door Sales
& Service LLC and
St. Croix Garage Door

Case Number: 25 CV 939 WMC

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__ and resides at
   (State)

   6202 State Hwy 40 Bloomer, WI 54724
   (Address)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2. Defendant <u>Lakeland Overhead Door Sales + Service LLC and St. Croix Garage Door</u> (Name)

is (if a person or private corporation) a citizen of <u>Wisconsin</u>
(State, if known)

and (if a person) resides at <u>3715 N Prarie View Rd Chippewa Falls, WI 54729</u>
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

1.) Lakeland Overhead Door Sales + Service LLC and St. Croix Garage Door

2-3.) On or around January 24th 2025 plaintiff was terminated from his employment as a Lead Garage Door Technician at Lakeland/St. Croix Garage door. Prior to his termination, Plantiff reported to management another employee was being unfairly targeted and mistreated at work. After making his report, management retaliated aganist Plaintiff, including actions that led to his wrongful termination. Defendents conduct consitutes retailiation, wrongful termination, discrimination, defamation of character and targeting.

Attachment One (Complaint) – 2

<u>Retaliation</u> - Defendents retaliated against plantiff for engaging in protected activity by reporting the targeting of a co-worker, in violation of federal law.

<u>Wrongful Termination</u> - Defendents terminated Plantiff without just cause in violation of applicable federal employment laws.

<u>Discrimination</u> - Plantiff suffered adverse employment actions due to discrimination.

<u>Defamation of Character</u> - Defendents made false statements about Plaintiff, harming his professional reputation.

<u>Targeting</u> - Plaintiff was subjected to unfair targeting and mistreatment at the workplace, resulting in harm and termination.

C.     JURISDICTION

[X] I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.     RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

a.) Plantiff would like to be awarded lost wages and vacation pay.
b.) Award compensation for financial and emotional distress.
c.) Award punitive damages
d.) Provide relief for hardship suffered
e.) Award any other relief the court deems just and proper.
f.) ~~Grant Plantiff leave to proceed without (IFP)~~

E.  **JURY DEMAND**

☒ Jury Demand - I want a jury to hear my case
   OR
☐ Court Trial – I want a judge to hear my case

Dated this 10th day of November 2025.

Respectfully Submitted,

*Travis Pei* (signature)
Signature of Plaintiff

715-214-6641
Plaintiff's Telephone Number

princytrav@yahoo.com
Plaintiff's Email Address

6202 State Hwy 40
Bloomer, WI 54724
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☐ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☒ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.